IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00889-BNB

TIMOTHY TUTTAMORE,

    Applicant,

v.

BOP DIRECTOR LAPPIN,
USP TERRA HAUTE WARDEN BEZY,
USP TERRA HAUTE SIS COLMAN,
USP TERRA HAUTE DHO KILLION,
ADX WARDEN WILEY, and
ADX UNIT MANG. COLLINS,

    Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 03 2007

GREGORY C. LANGHAM
                CLERK

## ORDER DISMISSING CASE

Applicant, Timothy Tuttamore, is a prisoner in the custody of the United States Bureau of Prisons who currently is incarcerated at the United States Penitentiary, Administrative Maximum, in Florence, Colorado. Mr. Tuttamore has filed *pro se* an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (1994). He has paid the $5.00 filing fee for a habeas corpus action.

On May 31, 2007, Magistrate Judge Boyd N. Boland ordered Mr. Tuttamore within thirty days to file an amended application that complied with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure, that asserted claims appropriate in the 28 U.S.C. § 2241 action, and that named the proper Respondent. On July 2, 2007, Magistrate Judge Boland entered a minute order granting Mr. Tuttamore an additional thirty days in which to submit the amended application. On

Mr. Tuttamore submitted a document in which he asked to withdraw his § 2241 application.

The Court must construe liberally the July 27, 2007, document because Mr. Tuttamore filed the document with the Court on his own behalf. **See Haines v. Kerner**, 404 U.S. 519, 520-21 (1972); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991). Therefore, the Court will construe the July 27 document liberally as a notice of voluntary dismissal pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Rule 41(a)(1) provides that "an action may be dismissed by the [applicant] without order of court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment." No response has been filed by Respondents in this action. A voluntary dismissal pursuant to Rule 41(a)(1) is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary. **See** J. Moore, Moore's Federal Practice ¶ 41.02(2) (2d ed. 1995); **Hyde Constr. Co. v. Koehring Co.**, 388 F.2d 501, 507 (10th Cir. 1968). The notice closes the file. **See Hyde Constr. Co.**, 388 F.2d at 507. Accordingly, it is

ORDERED that the document that Applicant Timothy Tuttamore submitted to and filed with the Court *pro se* on July 27, 2007, is construed liberally as a notice of voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1). It is

FURTHER ORDERED that the habeas corpus application is denied and the action is dismissed without prejudice. It is

FURTHER ORDERED that the voluntary dismissal is effective as of July 27, 2007, the date the liberally construed notice of dismissal was filed in this action. It is

FURTHER ORDERED that judgment is entered in favor of Respondents and against Applicant.

DATED at Denver, Colorado, this 2 day of Aug., 2007.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-00889-BNB

Timothy Tuttamore
Reg. No. 43018-060
ADX - Florence
PO Box 8500
Florence, CO 81226

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 8/3/7

GREGORY C. LANGHAM, CLERK

By: _____Angie_____
Deputy Clerk